LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

DAVID G. FREEDMAN, SBN 81989
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-2121
Facsimile: (310) 553-2111

Attorneys for Defendant
SMART & FINAL STORES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>STOCKTON PACIFIC ASSOCIATES, LLC, et al.,<br><br>　　　Defendants. | Case No. 2:10-CV-00867-WBS-CMK<br><br>STIPULATION FOR DISMISSAL and [Proposed] ORDER THEREON |

1 TO THE COURT AND TO ALL PARTIES:

2 Plaintiff, LARY FEEZOR, and defendant, SMART & FINAL STORES, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 29, 2010          DISABLED ADVOCACY GROUP, APLC

 _/s/   Lynn Hubbard III_
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: December 29, 2010

 _/s/   David G. Freedman_
DAVID G. FREEDMAN
Attorney for Defendant SMART & FINAL STORES, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-00867-WBS-CMK, is hereby dismissed with prejudice.

Dated:  December 30, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE